# WERB & SULLIVAN
### ATTORNEYS AT LAW
#### A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

300 DELAWARE AVENUE
P.O. BOX 25046
WILMINGTON, DELAWARE 19899
TELEPHONE: (302) 652-1100
TELECOPIER: (302) 652-1111
Writer's E-Mail: bsullivan@werbsullivan.com

BRIAN A. SULLIVAN, P.A.

COURIER DELIVERY:
300 DELAWARE AVENUE
THIRTEENTH FLOOR
WILMINGTON, DELAWARE 19801

December 14, 2006

The Honorable Kent A. Jordan
U. S. District Court for the
District of Delaware
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

**HAND DELIVERED**



Re: Michael G. Syracuse d/b/a Interstate Supply Company and Texas
ICO, Inc. vs. Orion Refining Corporation, et al.
C. A. Number 06-536

Dear Judge Jordan:

    I am the Court-appointed Mediator in the above-referenced appeal from the Bankruptcy Court. Mediation took place on November 16, 2006, and the parties have agreed there is no reason to further mediate. A copy of the Mediation Certificate of Completion which was emailed to the Clerk's office is enclosed for your convenience.

    Please let me know whatever I can do to assist you in further addressing the Court's request.

    As always, if Your Honor has any questions, please feel free to contact me. Thank you.

Respectfully,

Brian A. Sullivan

BAS/cad
Enclosure

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| ORION REFINING CORPORATION | ) | Case No. 03-11483 (MFW) |
| | ) | |
| Debtor(s) | ) | Adv. Proc. No. 03-53939 (MFW) |
| MICHAEL G. SYRACUSE d/b/a | ) | |
| INTERSTATE SUPPLY COMPANY, and | ) | |
| TEXAS ICO, INC. | ) | MEDIATOR'S CERTIFICATE OF COMPLETION |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| ORION REFINING CORPORATION | ) | |
| Defendant(s) | ) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated September 8, 2006, the undersigned mediator reports that the mediation was completed on November 16, 2006 and resolved in the following manner (*complete applicable provisions*):

    (a) The following individuals were present:

        (1) Parties (name and capacity) -

Richard D. Allen, Esq., Representing ORC

Gregory W. Werkheiser, Esq., Representing ORC

J. T. Atkins, Managing Director

        (2) Counsel (name and party representing) -

Michel R. Lastowski, Esq., Representing Michael G. Syracuse

Edward S. Rapier, Jr., Esq., Representing Michael G. Syracuse

    (b) The following parties failed to appear and/or participate as ordered:

    (c) The outcome of the mediation conference was:

    _____ The matter has been completely resolved and counsel (or parties) have been

        instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

____    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____    The following issues remain for this court to resolve:

__X__    The matter has not been resolved and should proceed to trial.

_____    OTHER:

Dated: _____December 13, 2006_____

_____
Signature of Mediator

Brian A. Sullivan
Name of Mediator
P. O. Box 25046
Mailing Address
Wilmington, DE 19899
City, State, Zip Code
(302) 652-1100
Phone No.

cc: Counsel of Record
    Pro Se Parties

(9-24-04)