IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ORION REFINING CORP., | ) | Case No. 03-11483 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | Adv. Pro. No. 03-53939 (MFW) |
| MICHAEL G. SYRACUSE d/b/a | ) | |
| Interstate Supply Company d/b/a Texas | ) | |
| Ico Inc., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 06-536-*** |
| v. | ) | |
| | ) | |
| ORION REFINING CORPORATION, ET | ) | |
| AL., | ) | |
| | ) | |
| Appellees. | | |

**ORDER**

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than January 16, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

January 3, 2007
Wilmington, Delaware