# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Gregory W. Werkheiser
302 351 9229
302 425 4663 Fax
gwerkheiser@mnat.com

January 17, 2007

**BY HAND DELIVERY**
**AND ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
J. Caleb Boggs Federal Building
844 North King Street, Room 6100
Wilmington, DE  19801

Re:    *Michael G. Syracuse v. Orion Refining Corp. (In re Orion
Refining Corp.,* C.A. No. 06-536 (UNA)

Dear Magistrate Judge Thynge:

Enclosed please find the parties' proposed Stipulation and Order Establishing Appellate Briefing Schedule, which memorializes the parties' agreement concerning a briefing schedule for the above-referenced bankruptcy appeal, as conveyed to the Court on January 12, 2007.

Respectfully yours,

Gregory W. Werkheiser

cc:    Michael R. Lastowski, Esuqire
Christopher M. Winter, Esquire
Andrew C. Wilson, Esquire
Edward S. Rapier, Jr., Esquire
Richard D. Allen, Esquire
Thomas W. Briggs, Jr., Esquire

551159

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ORION REFINING CORPORATION,<br><br>         Debtor. | Chapter 11<br><br>Case No. 03-11483 (MFW) |
| MICHAEL G. SYRACUSE d/b/a<br>INTERSTATE SUPPLY COMPANY, and<br>TEXAS ICO, INC.,<br><br>         Plaintiffs,<br><br>    v.<br><br>ORION REFINING CORPORATION,<br><br>         Defendant. | Adv. Proc. No. 03-53939<br>(MFW)<br><br>C.A. No. 06-536 (UNA) |

**STIPULATION AND ORDER
ESTABLISHING APPELLATE BRIEFING SCHEDULE**

Appellant Michael G. Syracuse d/b/a Interstate Supply Company and Texas ICO, Inc. ("Syracuse") and Appellee Cypress Associates, LLC, as the trustee of the ORC Distribution Trust (the "ORC Representative"), by and through their respective undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1.  Syracuse shall file and serve his opening brief on or before February 26, 2007.

2.  The ORC Representative shall file and serve its answering brief within 30 days after service of Syracuse's opening brief.

3.    Syracuse shall file and serve his reply brief within 20 days after service of the ORC Representative's answering brief.

DUANE MORRIS LLP

_____

Michael R. Lastowski (#3892)
Christopher M. Winter (#4163)
1100 North Market Street, Suite 1200
Wilmington, DE  19801
(302) 657-4900

-and-

Andrew C. Wilson
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor - energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
(504) 569-2030

-and-

Edward S. Rapier, Jr.
2160 8th Street, Suite A
Mandeville, LA  70471
(985) 626-1011

Counsel for Michael R. Syracuse
d/b/a Interstate Supply
Company, and Texas ICO, Inc.

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

_____

Richard D. Allen (#469)
Gregory W. Werkheiser (#3553)
Thomas W. Briggs, Jr. (#4076)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

Counsel for Cypress Associates, LLC, as ORC Distribution Trust Representative

SO ORDERED
this _____ day of _____

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge

551131

2