IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ORION REFINING CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 03-11483 (MFW) |
| MICHAEL G. SYRACUSE d/b/a INTERSTATE SUPPLY COMPANY, and TEXAS ICO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ORION REFINING CORPORATION,<br><br>Defendant. | Adv. Proc. No. 03-53939   (MFW)<br><br>C.A. No. 06-536 (UNA) |

### NOTICE OF SERVICE [RE: D.I. 9]

PLEASE TAKE NOTICE that on January 17, 2007, copies of the **Stipulation And Order Establishing Appellate Briefing Schedule (D.I. 9)** were served in the manner indicated upon the entities listed below.

### VIA HAND DELIVERY

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Christopher M. Winter, Esquire
Duane Morris, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

Andrew C. Wilson, Esq.
Burke & Mayer
20th Floor, Energy Center
1100 Poydras Street
New Orleans, LA 70163-2000

Edward S. Rapier, Jr., Esq.
2160 Eighth Street, Suite A
Mandeville, LA 70471

Dated: January 17, 2007
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Richard D. Allen (#469)
Gregory W. Werkheiser (No. 3553)
Thomas W. Briggs, Jr. (#4076)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

Counsel for Cypress Associates, LLC as
ORC Distribution Trust Representative

551169