IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ORION REFINING CORPORATION, | ) | |
| | ) | Case No. 03-11483 (MFW) |
| Debtor. | ) | |
| | ) | |
| MICHAEL G. SYRACUSE d/b/a | ) | |
| INTERSTATE SUPPLY COMPANY, | ) | Adv. Pro. No. 03-53939 |
| and TEXAS ICO, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-cv-536 (***) |
| v. | ) | |
| | ) | Re: Adv. D.I. 77, 78, 1522 |
| ORION REFINING CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR ARUGMENT

PLEASE TAKE NOTICE that, pursuant to Local Rule 7.1.4 of this Court, Plaintiffs/Appellants, Michael G. Syracuse d/b/a Interstate Supply Company and Texas ICO, Inc. ("Syracuse"), by and through their undersigned counsel, hereby request oral argument in connection with their Opening Brief related to their Appeal from the decision of the Bankruptcy Court in the Chapter 11 proceeding, Ca. No. 03-11483 (MFW), AP No. 06-00051, Adv. Proc. No. 03-53939, which has been filed in connection with the above-captioned adversary proceeding.

DUANE MORRIS LLP

*/s/ Michael R. Lastowski*

Michael R. Lastowski (DE I.D. 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:         mlastowski@duanemorris.com

DM3\479833.1

Andrew C. Wilson (#01162)
Thomas R. Blum (#03170)
Susan M. Caruso (#27195)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone:    (504) 569-2030
E-mail:    andreww@spsr-law.com

Edward S. Rapier, Jr. (#17896)
2160 8th Street, Suite A
Mandeville, LA 70471
Telephone:    (985)626-1011
Facsimile:    (905)674-9082
E-mail:    erapier@charter.net

COUNSEL FOR: MICHAEL G. SYRACUSE
D/B/A INTERSTATE SUPPLY COMPANY, AND
TEXAS ICO, INC.

March 1, 2007

DM3\479833.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ORION REFINING CORPORATION, | ) | |
| | ) | Case No. 03-11483 (MFW) |
| Debtor. | ) | |
| | ) | |
| MICHAEL G. SYRACUSE d/b/a | ) | |
| INTERSTATE SUPPLY COMPANY, | ) | Adv. Pro. No. 03-53939 |
| and TEXAS ICO, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-cv-536 (***) |
| v. | ) | |
| | ) | Re: Adv. D.I. 77, 78, 1522 |
| ORION REFINING CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of a copy of the attached Request for Oral Argument was made on March 1, 2007 by hand-delivery upon the following attorney:

Thomas W. Briggs, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building, Suite 2207
Wilmington, DE 19801

_____
Michael R. Lastowski (DE I.D. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com

Dated: March 1, 2007
    Wilmington, Delaware

DM3\479833.1