IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| ORION REFINING CORPORATION, | : | |
| | : | Case No. 03-11483 (MFW) |
| Debtor. | : | |
| | : | |
| MICHAEL G. SYRACUSE d/b/a | : | Related Bankr. Court Adversary |
| INTERSTATE SUPPLY COMPANY, and | : | Proceeding No. 03-53939 (MFW) |
| TEXAS ICO, INC., | : | |
| | : | |
| Plaintiffs/Appellant, | : | C.A. No. 06-536 SLR |
| | : | |
| v. | : | |
| | : | |
| ORION REFINING CORPORATION, | : | |
| | : | |
| Defendant/Appellee. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the firm of Morris, Nichols, Arsht & Tunnell LLP hereby withdraws as counsel, and Greenberg Traurig, LLP enters its appearance as counsel for Cypress Associates, LLC, as ORC Distribution Trust Representative[1], in the above-captioned appeal.

PLEASE TAKE FURTHER NOTICE that Greenberg Traurig, LLP hereby requests copies of all notices and pleadings given or filed in this appeal to be served upon the following:

| | |
|---|---|
| Victoria W. Counihan, Esq.<br>counihanv@gtlaw.com<br>Dennis A. Meloro, Esq.<br>melorod@gtlaw.com<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>302-661-7000<br>Fax: 302-661-7360 | Diane E. Vuocolo, Esq.<br>vuocolod@gtlaw.com<br>Two Commerce Square<br>2001 Market Street, 27th Floor<br>Philadelphia, PA 19103<br>215-988-7800<br>Fax: 215-988-7801 |

Dated: April 14, 2008

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ Gregory W. Werkheiser<br>Gregory W. Werkheiser (No. 3553)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19801<br>(302) 658-9200 | /s/ Dennis A. Meloro<br>Victoria W. Counihan (No. 3488)<br>Dennis A. Meloro (No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7000 |

---

[1] The ORC Representative and the ORC Distribution Trust are successors to the Debtor under the Amended Plan of Liquidation of Orion Refining Corporation, dated May 12, 2004 [Docket No. 1242, Bankr. Case No. 03-11483].

DEL 86,206,467v2 4/14/2008