IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ORION REFINING CORPORATION,<br><br>Debtor.<br><br>MICHAEL G. SYRACUSE d/b/a<br>INTERSTATE SUPPLY COMPANY, and<br>TEXAS ICO, INC.,<br><br>Plaintiffs/Appellant,<br><br>v.<br><br>ORION REFINING CORPORATION,<br><br>Defendant/Appellee. | Chapter 11<br><br>Case No. 03-11483 (MFW)<br><br>Related Bankr. Court Adversary<br>Proceeding No. 03-53939 (MFW)<br><br>C.A. No. 06-536 SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of David G. Thomas, Esquire of Greenberg Traurig, LLP, to represent Cypress Associates, LLC, as the representative of the ORC Distribution Trust[1] in the above-referenced adversary proceeding.

Dated: April 28, 2008
Wilmington, Delaware

_____
Dennis A. Meloro (No. 4435)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Tele: (302) 661-7000

---

[1] The ORC Representative and the ORC Distribution Trust are successors to the Debtor under the Amended Plan of Liquidation of Orion Refining Corporation, dated May 12, 2004 [Docket No. 1242, Case No. 03-11483].

*DEL 86,213,936v2 4/14/2008*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

David G. Thomas, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: April ___, 2008

Sue L. Robinson
United States District Court Judge