# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ORION REFINING CORP., | Bank. No. 03-11483 (MFW) |
| Debtor. | Adv. Proc. No. 03-53939 (MFW) |
| MICHAEL G. SYRACUSE, d/b/a Interstate Supply Company and Texas ICO, Inc., | |
| Appellant, | Civ. No. 06-536-SLR |
| v. | |
| ORION REFINING CORP., *et al.*, | |
| Appellees. | |

## NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT

In accordance with this Court's procedures, the ORC Distribution Trust of Orion Refining Corporation by and through Cypress Associates, LLC, the duly appointed ORC Distribution Trust Representative (the "Appellees"), by and through its undersigned counsel, hereby notifies the Court that briefing on the Appellees Motion for Re-Argument (the "Motion") is complete. Appellees hereby advise the Court that the following pleadings are relevant to the Motion.

- Appellees Motion for Re-Argument [Docket No. 18, Filed April 18, 2008]
- Answer of Appellant to Appellees Motion for Re-Argument [Docket No. 19, Filed April 25, 2008]
- Appellees Reply to Answer of Appellant to Appellees Motion for Re-Argument [Docket No. 22, Filed May 2, 2008]

Pursuant to Bankruptcy Court Local Rule 7007-4, all briefing related to the Motion has been completed.

Pursuant to District Court Local Rule 7.1.4, Appellees respectfully request that oral argument be held on the Motion at the Court's earliest convenience.

Dated: Wilmington, Delaware
May 14, 2008

Respectfully submitted,

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North orange Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 661-7000
melorod@gtlaw.com

and

Joseph P. Davis, Esq.
David G. Thomas, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000

*Attorneys for Cypress Associates, LLC as ORC Distribution Trust Representative*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *APPELLEES' NOTICE OF COMPLETION OF BRIEFING* was served May 14, 2008 upon the following as indicated:

VIA HAND DELIVERY:
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to Michael G. Syracuse, d/b/a Interstate Supply Company and Texas ICO, Inc.)

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)