IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| ORION REFINING CORPORATION, | ) Bank. No. 03-11483 (MFW) |
| | ) Adversary No. 03-53939 |
| Debtor. | ) |
| | |
| MICHAEL G. SYRACUSE, d/b/a | ) |
| INTERSTATE SUPPLY COMPANY | ) |
| and TEXAS ICO, INC., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civ. No. 06-536-SLR |
| | ) |
| ORION REFINING CORPORATION, | ) |
| | ) |
| Appellee. | ) |

**O R D E R**

At Wilmington this 21st day of May, 2008, having reviewed appellee's motion for re-argument, and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 18) is granted to the following extent: The court agrees that the value of the surplus equipment has not yet been determined. Therefore, page 6 of the court's memorandum order dated April 9, 2008 (D.I. 16) is amended to reflect the above, as follows: "Based on the further principle that the Agreement should be enforced consistently with the parties' course of conduct during the term of the Agreement, I conclude that title passed to Syracuse at the time the

Agreement was executed. **The value of the surplus equipment and the consequent value of Syracuse's recovery from the escrow account shall be determined upon remand."** (Emphasized language has been added consistent with this order)

_____
United States District Judge